

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00845-CR

Crystal **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CR-10192W
The Honorable Raymond Angelini, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, appellant's motion to dismiss the appeal is GRANTED, and this appeal is DISMISSED. The clerk of the court is instructed to issue the mandate immediately. TEX. R. APP. P. 18.1(c).

SIGNED December 23, 2014.

_____
Rebeca C. Martinez, Justice